IN THE UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CLARANG, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:17-cv-02185 |
| | ) |
| William L. Townsley, Esq., | ) |
| Bruce J. Meachum, Esq., Beth Rademacher, | ) |
| Kyle R. Rademacher, Kurt Rademacher, | ) |
| Vermilion County Title, Inc., | ) |
| RaboAgriFinance, Inc., | ) |
| RaboAgriFianance, LLC, Rabobank Group, Inc., | ) |
| Utrecht-American Holdings, Inc., and | ) |
| Farm Credit Illinois, FLCA, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

**NOW COMES Paul R. Wilson, Jr., of Paul R. Wilson, Jr., Ltd., Wilson Law Offices,** and respectfully moves this Honorable Court to allow his motion for leave to withdraw and states as follows:

1. Plaintiff contracted to pay counsel for his time and costs in representing Plaintiff in this matter. There is a due and owing amount and it has been suggested that payments will not be made.

2. Plaintiff has failed or refused to do the same, in breach of its contract with counsel.

3. The last known address at which Plaintiff may receive notice of further proceedings in this cause is P.O. Box 115, Hollywood, CA 90078.

4. The withdrawal of counsel will not unduly delay a trial in this cause insofar as the same is not set for trial until 2020.

5. The Plaintiff is hereby provided with notice that to ensure any action in said cause they should retain other counsel therein or file with the Clerk of the Court, within 21 days after the

entry of the Order of Withdrawal, your supplementary appearance stating therein an address at which service of notices or other papers may be had upon you.

**WHEREFORE,** the undersigned respectfully move this Honorable Court to allow the withdrawal of counsel.

Respectfully submitted,

**CLARANG, INC.**

By:   PAUL R. WILSON, JR., LTD.

<u>s/Paul R. Wilson, Jr.</u>
Paul R. Wilson, Jr. - 3035565
Attorney for Plaintiff
Paul R. Wilson, Jr., Ltd.
d/b/a Wilson Law Offices
318 S. Garrard Street
Rantoul, IL   61866
Telephone: (217) 893-9509
Facsimile: (217) 893-8311
E-mail: wilsonlaw1@frontier.com