IN THE UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CLARANG, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 17-02185 |
| | ) | |
| WILLIAM L. TOWNSLEY, ESQ., | ) | |
| BRUCE J. MEACHUM, ESQ., BETH | ) | |
| RADEMACHER, KYLE R. | ) | |
| RADEMACHER, KURT RADEMACHER, | ) | |
| VERMILION COUNTY TITLE, INC., | ) | |
| RABOAGRIFINANCE, INC., | ) | |
| RABOAGRIFINANCE, LLC, | ) | |
| RABOBANK GROUP, INC., UTRECHT- | ) | |
| AMERICAN HOLDINGS, INC., and | ) | |
| FARM CREDIT ILLINOIS, FLCA, | ) | |
| | ) | |
| Defendants. | ) | |

## SUPPLEMENTAL ENTRY OF APPEARANCE

NOW COMES Richard P. Klaus of Lietz Banner Ford LLP, and hereby enters his

supplemental appearance on behalf of Defendant, FARM CREDIT ILLINOIS, FLCA.

Farm Credit Illinois, FLCA, Defendant

By:   Lietz Banner Ford LLP


By:   ___s/ Richard P. Klaus_____
      Richard P. Klaus
      Delmar K. Banner
      Attorneys for Defendant Farm Credit
       Illinois, FLCA
      Lietz Banner Ford LLP
      Suite 103
      1605 S. State Street
      Champaign, Illinois 61820
      Telephone:  (217) 353-4900
      Facsimile:  (217) 353-4901
      Email:  rklaus@lbflaw.com
              dbanner@lbflaw.com

## CERTIFICATE OF SERVICES

I hereby certify that on September 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties involved in the case.

        s/ Richard P. Klaus
        Richard P. Klaus
        Delmar K. Banner
        Attorneys for Defendant Farm Credit
         Illinois, FLCA
        Lietz Banner Ford LLP
        Suite 103
        1605 S. State Street
        Champaign, Illinois 61820
        Telephone:  (217) 353-4900
        Facsimile:  (217) 353-4901
        Email:  rklaus@lbflaw.com
                dbanner@lbflaw.com