E-FILED
Thursday, 20 December, 2018  11:00:31 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| *CLARANG, INC.* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| *vs.* ) | |
| ) | |
| *WILLIAM L. TOWNSLEY, ESQ., BRUCE J.* ) | |
| *MEACHUM, ESQ., BETH RADEMACHER* ) | |
| *KYLE R. RADEMACHER, KURT* ) | |
| *RADEMACHER, VERMILION COUNTY* ) | |
| *TITLE, INC., RABOAGRIFINANCE, INC.,* ) | |
| *RABOAGRIFINANCE, LLC, RABOBANK* ) | |
| *GROUP, INC., UTRECHT-AMERICAN* ) | |
| *HOLDINGS, INC.,* and *FARM CREDIT* ) | |
| *ILLINOIS, FLCA,* ) | |
| ) | |
| Defendants. ) | Civil Action 2:17-cv-02185 |
| ————————————————————) | |
| ) | |
| *RABO AGRIFINANCE LLC,* fka *RABO* ) | |
| *AGRIFINANCE, INC.,* ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| *vs.* ) | |
| ) | |
| *WATSUP PRODUCTIONS, INC.*, a Florida ) | |
| corporation, and *ANGELA WATSON,* aka *A.C.* ) | |
| *WATSON*, an individual, ) | |
| ) | |
| Third-Party Defendants. ) | |
| ) | |

—————————————

# DEFENDANT, BETH RADEMACHER'S MOTION
# FOR SUBSTITUTION OF COUNSEL

—————————————

Defendant, Beth Rademacher, by counsel, Nicolas J. Boileau of ACTON & SNYDER, LLP, Danville, Illinois, moves this court to enter an order granting the attached Consent Order Granting Substitution of Attorney.  In support of this motion, counsel states as follows:

1.   Steven L. Blakely, counsel of record for defendant, Beth Rademacher, died on December 4, 2018.

2.   Nicolas J. Boileau consents to substitution as counsel of record in place of Steven L. Blakely.

3.   Defendant, Beth Rademacher, consents to the substitution of Nicolas J. Boileau in place of Steven L. Blakely.

4.    A Suggestion of Death is filed simultaneously with this motion.

WHEREFORE, Beth Rademacher moves this court to enter the attached Consent Order Granting Substitution of Attorney substituting Nicolas J. Boileau as counsel of record in place of Steven L. Blakely.

ACTON & SNYDER, LLP
Attorneys for Defendant, Beth Rademacher

By:    /s/  Nicolas J. Boileau

# Verification

STATE OF ILLINOIS          )
                           ) *SS:*
COUNTY OF VERMILION  )

The undersigned swears and affirms under the pains and penalties for perjury that the foregoing representations are true and correct, except as to matters stated to be upon information

and belief, and as to such matters, the undersigned certifies that he verily believes the same to be

true and correct.

/s/  Nicolas J. Boileau

# CERTIFICATE OF SERVICE

The undersigned certifies that on December 20, 2018, I electronically filed the forgoing with the clerk using the CM/EFC system, which will send notification to:

Ryan R. Bradley                                    [Attorney for Clarang, Watsup Productions and
KOESTER & BRADLEY, LLP              Angela Watson]
801 West Springfield Avenue
Champaign, IL 61820
        ryan@koesterlawllp.com

        James C. Kearns                            [Attorney for Townsley]
HEYL, ROYSTER, VOELKER & ALLEN
301 North Neil Street, Suite 505
P.O. Box 1190
Champaign, IL 61824-1190
        jkearns@heylroyster.com

Ken Perry                                             [Attorney for Meachum]
SMITHAMUNDSEN
150 North Michigan Avenue, Ste. 3300
Chicago, IL 60601
        kperry@salawus.com

Joseph P. Chamley                              [Attorney for  Vermilion County Title, Inc.]
EVANS, FROEHLICH, BETH & CHAMLEY
44 East Main Street, Suite 310
Champaign, IL 61820
        jchamley@efbclaw.com

Delmar K. Banner                               [Attorney for Farm Credit Illinois]
LIETZ BANNER FORD LLP
1605 South State Street, Suite 103
Champaign, IL 61820
        glietz@lbflaw.com

3

Matthew Cannon                         [Attorney for RaboAgriFinance, RaboBank Group
RAY QUINNEY & NEBECKER, P.C.          & Utrecht-American Holdings]
36 South State Street, Suite 1400
Salt Lake City, UT 84111
         mcannon@rqn.com


                                    */s/ Nicolas J. Boileau*                          


Nicolas J. Boileau
ACTON *&* SNYDER, LLP
11 East North Street
Danville, Illinois 61832
Tel. (217) 442-0350
Fax (217) 442-0335
E-mail: nick.boileau@acton-snyder.com